Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 510-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff G.I.S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br>    Plaintiff,<br>vs.<br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br>    Defendants. | Case No.: 2:22-cv-01654-JDP<br><br>**ORDER** |

**~~PROPOSED~~ ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cut-off | February 2, 2024 | **April 26, 2024** |
| Expert disclosures | October 27, 2023 | **February 9, 2024** |
| Rebuttal expert disclosures | November 17, 2023 | **March 1, 2024** |
| Motions to compel discovery | January 4, 2024 | **March 28, 2024** |
| Last day to ~~file~~ **hear** dispositive motions | April 4, 2024 | **June 27, 2024** |

IT IS SO ORDERED.

Dated:   January 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE