Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 510-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff G.I.S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br>       Plaintiff,<br>vs.<br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br>       Defendants. | Case No.: 2:22-cv-01654-JDP<br><br>**ORDER** |
|---|---|

**~~PROPOSED~~ ORDER**

GOOD CAUSE APPEARING, the parties' stipulation, ECF No. 21, is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cut-off | April 26, 2024 | **July 31, 2024** |
| Expert disclosures | February 9, 2024 | **April 26, 2024** |
| Rebuttal expert disclosures | March 1, 2024 | **May 29, 2024** |
| Motions to compel discovery | March 28, 2024 | **May 30, 2024** |
| Last day to hear dispositive motions | June 27, 2024 | **October 4, 2024** |

IT IS SO ORDERED.

Dated:   February 23, 2024                                  _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE