Fulvio F. Cajina (SBN 289126)
Law Offices of Fulvio F. Cajina
528 Grand Avenue
Oakland, CA 94610
Tel. (510) 601-0779 Fax: (510) 225-2636
Email fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Tel. (415) 571-9570
Email scraiggoff@aol.com

Attorneys for Plaintiff G.I.S.E.

Roger A. Colvin, Esq. (SBN 68773)
Sharon Medellín (SBN 213798)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
Tel. (562) 699-5500 · Fax (562) 692-2244
Email smedellin@agclawfirm.com

Attorneys for Defendants City of Chico,
Officer Mark Bass, and Officer David Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>Defendants. | Case No.: 2:22-cv-01654-JDP<br><br>*Assigned to the Honorable Jeremy D. Peterson, United States Magistrate Judge*<br><br>**ORDER** |

**~~PROPOSED~~ ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert disclosures | April 26, 2024 | June 14, 2024 |
| Rebuttal expert disclosures | May 29, 2024 | July 15, 2024 |
| Motions to compel discovery | May 30, 2024 | August 8, 2024 |
| Discovery Cut-off | July 31, 2024 | September 6, 2024 |
| Last day to hear dispositive motion | October 4, 2024 | November 21, 2024 |

IT IS SO ORDERED.

Dated:   May 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE