Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel:  510-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff G.I.S.E.

Roger A. Colvin, Esq. (SBN 68773)
Sharon Medellín (SBN 213798)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North
Suite 400, West Tower
City of Industry, CA 91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com smedellin@agclawfirm.com
Attorneys for Defendants City of Chico,

Officer Mark Bass, and Officer David Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>     Plaintiff,<br>vs.<br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>     Defendants. | Case No.:  2:22-cv-01654-JDP<br><br>**ORDER TO CONTINUE SCHEDULING DEADLINES** |

1

~~PROPOSED~~ ORDER

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | September 6, 2024 | October 11, 2024 |
| Motion to Compel Discovery Deadline | August 8, 2024 | November 14, 2024 |
| Last day to hear dispositive motion | October 4, 2024 | December 19, 2024 |

IT IS SO ORDERED.

Dated:   September 3, 2024                     _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE