Roger A. Colvin, Esq. (SBN 68773)
Sharon Medellín (SBN 213798)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
Tel. (562) 699-5500 · Fax (562) 692-2244
rcolvin@agclawfirm.com smedellin@agclawfirm.com

Attorneys for Defendants City of Chico,
Officer Mark Bass, and Officer David Bailey


Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel:  510-601-0779/Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff G.I.S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>     Defendants. | Case No.:  2:22-cv-01654-JDP<br><br>**STIPULATION TO CONTINUE SCHEDULING DEADLINES AND ORDER** |

*///*

*///*

*///*

**STIPULATION**

Plaintiff G.I.S.E., by and through his guardian ad litem, EDDIE SANCHEZ, and Defendants CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, and DAVID BAILEY (the "Chico Defendants"), by and through their respective counsel of record in the above-captioned litigation, hereby stipulate and request that the Court enter an order to continue certain case management deadlines.

WHEREAS, the parties were expecting to complete discovery in October 2024 by, among other things, completing the depositions of certain percipient witnesses in Chico, California;

WHEREAS, counsel for the Chico Defendants is scheduled to commence trial in the United States District Court for the Eastern District of California on October 7, 2024, in the case of the *Estate of Tyler S. Rushing, et al. v. AG Private Protection, Inc., et al.* (U.S.D.C. Case No. 2:18-cv-01692-DAD-AC);

WHEREAS, counsel for the Chico Defendants does not have sufficient time to complete discovery in this matter by the current deadline of October 11, 2024, due to that federal trial; and

WHEREAS, counsel for both sides believe it makes sense to postpone discovery cutoff and related pre-trial dates in this matter due to defense counsel's trial schedule.

NOW, THEREFORE, the parties respectfully request this Court extend the deadlines in this matter as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | October 11, 2024 | December 20, 2024 |
| Motion to Compel Discovery Deadline | November 15, 2024 | January 24, 2025 |
| Last day to hear dispositive motion | December 18, 2024 | February 28, 2025 |

Good cause exists for continuance of deadlines reflected above as required pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) due to defense counsel's trial schedule, which has significantly impacted the parties' ability to complete discovery.

1    This is the parties' fourth request for continuance of case management deadlines. The

2  parties do not currently foresee the need for a further continuance in the future.

3

4  IT IS SO STIPULATED.

5  Dated:  September 20, 2024                    LAW OFFICE OF FULVIO F. CAJINA

6

7                                         By:  _____/s/ Fulvio Cajina_____
                                                FULVIO F. CAJINA
8                                               Attorneys for Plaintiff
                                                G.I.S.E.
9

10 Dated:  September 20, 2024                    ALVAREZ-GLASMAN & COLVIN

11

12                                         By: _Sharon Medellín_____
                                                Sharon Medellín
13                                              Attorneys for Defendants
                                                CITY OF CHICO, et al.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER

1

**~~PROPOSED~~ ORDER**

2       GOOD CAUSE APPEARING, the parties' stipulation is GRANTED, as modified below.

3 The following deadlines are CONTINUED and RESET as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | October 11, 2024 | December 20, 2024 |
| Motion to Compel Discovery Deadline | November 15, 2024 | January 23, 2025 |
| Last day to hear dispositive motion | December 18, 2024 | February 27, 2025 |

IT IS SO ORDERED.

Dated:   September 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE