1  FULVIO F. CAJINA (Bar No. 289126)
2  LAW OFFICE OF FULVIO F. CAJINA
   528 Grand Ave.
3  Oakland, CA 94610
4  Telephone: (415) 601-0779
   Facsimile: (510) 225-2636
5  Email: fulvio@cajinalaw.com
6  Attorneys for Plaintiff

7  Roger A. Colvin, Esq. (SBN 68773)
   Sharon Medellín, Esq. (SBN 213798)
8  ALVAREZ-GLASMAN & COLVIN
9  Attorneys at Law
10 13181 Crossroads Parkway North
   Suite 400, West Tower
11 City of Industry, CA 91746
12 (562) 699-5500 · Facsimile (562) 692-2244
13 rcolvin@agclawfirm.com smedellin@agclawfirm.com
   Attorneys for Defendants City of Chico,
14 Mark Bass, and David Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>    Defendants. | CASE NO.: 2:22-cv-01654-JDP<br><br>JOINT STIPULATION TO STAY ALL PROCEEDINGS AND COURT DEADLINES |
|---|---|

1

The above-captioned Plaintiff(s) and Defendant(s) (hereafter, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiff's Counsel, Stanley Goff, suffered a life-threatening incident on November 29, 2024;

WHEREAS, Mr. Goff was admitted to the intensive care unit (the "ICU") at Zuckerberg General Hospital on that day;

WHEREAS, Mr. Goff remains at the ICU and is currently receiving critical medical care due;

WHEREAS, Mr. Goff will need to undergo an extensive recovery period following said care;

WHEREAS, at the time of the above incident, the parties were still in the process of completing discovery; and

WHEREAS, said unforeseen circumstance constitutes good cause to stay all pending proceedings and deadlines in the above-captioned for a period of three (3) months.

NOW, THEREFORE, the Parties hereby stipulate, agree, and respectfully request that:

1. The Court stay the litigation, including all proceedings and deadlines, in all respects, for the next ninety (90) days in the above-captioned matter; and
2. That the Court set a Case Management Conference in early April 2025, per the availability of the Court, for a status update on this matter and to reset deadlines.
3. The Parties will also agree to provide the Court an updated joint case management conference statement seven (7) days in advance of said Case Management Conference with a status update and a proposed scheduling order for any deadlines impacted by this stay.

IT IS SO STIPULATED.

                              Respectfully submitted,

Dated:  December 9, 2024       LAW OFFICE OF FULVIO F. CAJINA

                              By: */s/ Fulvio Cajina*
                                   FULVIO CAJINA
                                   Attorney for Plaintiff

Dated:  December 9, 2024      ALVAREZ-GLASMAN & COLVIN

                              By: _____
                                   Sharon Medellín
                                   Attorneys for Defendants,
                                   City of Chico, Mark Bass, and
                                   David Bailey

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. Finding good cause, this matter is stayed, including all proceedings and upcoming deadlines, in all respects, until March 20, 2025 absent further order by the court; and

2. A Case Management Conference is set for April 10, 2025. The Parties are ordered to file a joint case management statement seven (7) days prior to the Case Management Conference wherein the Parties will provide the Court an update and propose an amended scheduling order for any deadlines impacted by this stay.

IT IS SO ORDERED.

Dated:   December 20, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE