UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.I.S.E., *et al.*, | Case No. 2:22-cv-1654-JDP |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF CHICO, *et al.*, | |
| Defendants. | |

On December 20, 2024, the court approved the parties' stipulation to stay this case and set a case management conference for April 10, 2025. ECF No 31. The court also directed the parties to file a joint status report by April 3, 2025. *Id.* In their joint status report, the parties request that the stay be lifted and the January 23, 2023 scheduling order be modified to extend all deadlines.

Having consider the parties' status report, and good cause appearing, it is hereby ORDERED that:

1. The April 10, 2025 case management conference is VACATED.

2. The stay entered on December 20, 2024, is LIFTED. *See* ECF No. 31.

3. The January 23, 2023 scheduling order is modified as follows:

    a. all discovery shall be completed by **August 29, 2025**;

    b. motions to compel shall be heard not later than **August 14, 2025**;

      c. initial expert disclosures shall be served on or before **September 15, 2025**;

      d. any rebuttal disclosures shall be served on or before **October 30, 2025**; and

      e. all dispositive motions shall be heard by **February 5, 2026**.

IT IS SO ORDERED.

Dated:   April 8, 2025                                _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE