Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com
Attorneys for Defendants, City of Chico,
Mark Bass, and Officer David Bailey

Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 510-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff, G.I.S.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>Defendants. | Case No.: 2:22-cv-01654-JDP<br><br>ORDER RE: JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER |

1

ORDER RE: JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

**TO ALL PARTIES AND THEIR COUNSEL:**

Pursuant to the Joint Stipulation of the parties and Good Cause appearing therefor, IT IS HEREBY ORDERED: The operative case management scheduling order is hereby modified, as follows:

1. The Discovery Cut-off is continued from August 29, 2025, to October 31, 2025.

2. All other operative dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated: August 12, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE



ORDER RE: JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

# CERTIFICATE OF SERVICE

**Case No.:  2:22-cv-01654-JDP**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the United States District Court, Eastern District of California – by using the CM/ECF system on August 11, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on August 11, 2025, at City of Industry, California.

/s/ Maria Luisa Espinosa<br/>Maria Luisa Espinosa

