1  Roger A. Colvin, Esq. (SBN 068773)
   Alvarez-Glasman & Colvin
2  Attorneys at Law
   13181 Crossroads Parkway North
3  Suite 400 – West Tower
   City of Industry, CA  91746
4  Telephone: (562) 699-5500
   Facsimile:  (562) 692-2244
5  rcolvin@agclawfirm.com
   Attorneys for Defendants, City of Chico,
6  Mark Bass, and Officer David Bailey

7

8  Fulvio F. Cajina (SBN 289126)
   LAW OFFICES OF FULVIO F. CAJINA
9  528 Grand Avenue
   Oakland, CA 94610
10 Tel: 510-601-0779
   Fax: 510-225-2636
11 Email: fulvio@cajinalaw.com

12 Stanley Goff (SBN 289564)
   Law Office Of Stanley Goff
13 15 Boardman Place, Suite 2
   San Francisco, CA 94103
14 Telephone: (415) 571-9570
   Email: scraiggoff@aol.com

15
   Attorneys for Plaintiff, G.I.S.E.

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. I. S. E. by and through his guardian ad litem, EDDIE SANCHEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, DAVID BAILEY, and DOES 1-50,<br><br>        Defendants. | Case No.:  2:22-cv-01654-JDP<br><br>JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER |

1

Plaintiff G.I.S.E., by and through his guardian ad litem, EDDIE SANCHEZ, and Defendants CITY OF CHICO, CHICO POLICE DEPARTMENT, MARK BASS, and DAVID BAILEY (the "Chico Defendants"), by and through their respective counsel of record in the above-captioned litigation, hereby present this Stipulation to Modify the Scheduling Order only with regard the to the Discovery Cut-off deadline based upon the following good cause:

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**:

The parties have worked diligently to schedule depositions and conduct discovery. The parties have several depositions scheduled to take place before the end of October 2025. Discovery cut-off is currently scheduled for October 31, 2025.

There are still numerous party, and non-party and expert witnesses who will need to have their depositions taken in this action. The current deadline of October 31, 2025, for discovery will not afford enough time for the parties to complete this phase of discovery.

The parties are not requesting the Court to modify the operative dates and deadlines for the Final pretrial conference and Jury Trial. This stipulation is the parties third request for any continuance in this action.

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court enter an order to modify the scheduling order, as follows:

1. The parties respectfully request an order continuing the expert and non-expert Discovery cut-off date from October 31, 2025, to November 28, 2025.

///
///
///
///

JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER

2.  Except as specified herein above, all other operative dates and deadlines within the Court's Scheduling Orders would remain unchanged and unaffected by the parties' Stipulation or any associated Order made pursuant thereto.

**IT IS SO STIPULATED.**

                                                Respectfully submitted,

Dated: October 14, 2025        ALVAREZ-GLASMAN & COLVIN
                                                JOHN W. LAM
                                                CITY ATTORNEY

                                                /S/ Roger A. Colvin
                                                Roger A. Colvin
                                                Attorneys for Defendants,
                                                City of Chico, Mark Bass, and
                                                Officer David Bailey

Dated: October 14, 2025        LAW OFFICE OF FULVIO F. CAJINA

                                                By: /s/ Fulvio Cajina
                                                FULVIO CAJINA
                                                Attorney for Plaintiff, G.I.S.E.

Dated: October 14, 2025        LAW OFFICE OF STANLEY GOFF

                                                /S/ Stanley Goff
                                                Stanley Goff
                                                Attorney for Plaintiff, G.I.S.E.

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of the parties and Good Cause appearing therefor, IT IS HEREBY ORDERED: The operative case management scheduling order is hereby modified, as follows:

1. The expert and non-expert Discovery Cut-off is continued from October 31, 2025, to November 28, 2025.

2. All other operative dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated:   October 16, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE